IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY BARLETTA; ROY BARNES; JACKIE BODNAR; JAMES BODNAR, JR.; JAMES BODNAR, SR.; GENE BOYLE; BRIAN CORCH; MICHAEL CRAIG; LESTER DIETRICH; JOHN LAWSON, VICTOR LEONZI; DENNIS MILLER; DON MILLER; JOHN MOTTO; FRANCIS PURCELL; RICHARD STEVENOSKY; ROBERT TIRPAK; JOSEPH VIECHEC; and ROBERT WANICK, on behalf of themselves and similarly situated employees, | : : : : : : : : : : : : : | CIVIL ACTION<br><br>NO. _____<br><br><br>JURY TRIAL DEMANDED |
| Plaintiffs, | : : | |
| v. | : : | |
| LAGANA PLUMBING AND HEATING, INC. and LAGANA CONSTRUCTION SERVICES, | : : : : : | |
| Defendants. | : | |

## CLASS ACTION COMPLAINT

Plaintiffs Kathy Barletta, Roy Barnes, Jackie Bodnar, James Bodnar, Jr.,

James Bodnar, Sr., Gene Boyle, Brian Corch, Michael Craig, Lester Dietrich, John

Lawson, Victor Leonzi, Dennis Miller, Don Miller, John Motto, Francis Purcell,

Richard Stevenosky, Robert Tirpak, Joseph Viechec, and Robert Wanick, on

behalf of themselves and similarly situated employees, bring this lawsuit against

Defendants Lagana Plumbing and Heating, Inc., and Lagana Construction Services

seeking to recover for violations of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act of 1968 ("PMWA"), 43 P.S. §§ 333.101, *et seq.*, and the Pennsylvania Wage Payment and Collection Law ("PWPCL"), 43 P.S. §§ 260.1, *et seq.*  Except where otherwise indicated, Plaintiffs assert their FLSA claim as a collective action pursuant to 29 U.S.C. § 216(b), and they assert their PMWA and PWPCL claims as a class action pursuant to Federal Rule of Civil Procedure 23.  The following allegations are based on personal knowledge as to Plaintiffs' own acts and are made on information and belief as to the acts of others.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over Plaintiffs' FLSA claim pursuant to 29 U.S.C. §216(b) and 28 U.S.C. §§ 1331-32, and it has jurisdiction over Plaintiffs' PMWA and PWPCL claims pursuant to 28 U.S.C. §§ 1332 and 1367.

2.      Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

3.      Plaintiff Kathy Barletta is an individual residing at 15 South Kennedy Drive, McAdoo, Pennsylvania 18237.

4.      Roy Barnes is an individual residing at 1414 Center Street, Ashland, Pennsylvania 17921.

5.     Plaintiff Jackie Bodnar is an individual residing at 103 North Pine Tree Road, Hazelton, Pennsylvania 18201.

6.     Plaintiff James Bodnar, Jr., is an individual residing at 38 W. Maine Street, Beaverbrook, Pennsylvania 18201.

7.     Plaintiff James Bodnar, Sr. is an individual residing at 103 North Pine Tree Road, Hazelton, Pennsylvania 18201.

8.     Plaintiff Gene Boyle is an individual residing at 154 Orwigsburg Street, Tamaqua, Pennsylvania 18252.

9.     Plaintiff Brian Corch is an individual residing at 71 Spring Street, McAdoo, Pennsylvania 18237

10.     Plaintiff Michael Craig is an individual residing at 706 E. Diamond Avenue, Hazelton, Pennsylvania 18201.

11.     Plaintiff Lester Dietrich is an individual residing at 428 Rollingmill Avenue, Tamaqua, Pennsylvania.

12.     John Lawson is an individual residing at 231 Laurel Road, Deer Lake, Pennsylvania.

13.     Plaintiff Victor Leonzi is an individual residing at 316 Market Street, Tamaqua, Pennsylvania 18252.

14.     Plaintiff Dennis Miller is an individual residing at 161 Owl Creek Road, Tamaqua, Pennsylvania 18252.

15.    Plaintiff Don Miller is an individual residing at 111 Second Street, Coaldale, Pennsylvania.

16.    Plaintiff John Motto is an individual residing at 863 Peice Street, Hazelton, Pennsylvania 18201.

17.    Francis Purcell is an individual residing at 431 Pleasant Street, Minersville, Pennsylvania 17954.

18.    Plaintiff Richard Stevenosky is an individual residing at 12 Lower Beechwood Avenue, Pottsville, Pennsylvania 17901.

19.    Robert Tirpak is an individual residing at 60 Ye Old Hauto Road, Tamaqua, Pennsylvania 18252.

20.    Joseph Viechec is an individual residing at 686 Grant Street, Hazleton, Pennsylvania 18201.

21.    Robert Wanick is an individual residing at 336 West County Road, Sugarloaf, Pennsylvania 18249.

22.    Defendant Lagana Plumbing & Heating, Inc. is a Pennsylvania corporation maintaining a principal place of business in Hazleton, Pennsylvania and registered to do business in the Commonwealth of Pennsylvania.

23.    Defendant Lagana Construction Services is a Pennsylvania corporation maintaining a principal place of business in Hazleton, Pennsylvania and registered to do business in the Commonwealth of Pennsylvania.  Upon

information and belief, Lagana Construction Services is a wholly-owned

subsidiary of Lagana Plumbing & Heating, Inc.

24.    During all relevant times, Lagana Plumbing & Heating, Inc. and

Lagana Construction Services acted in each other's business interests and were

"joint employers" with respect the above-listed Plaintiffs, whose work

simultaneously benefited both Lagana Plumbing & Heating, Inc. and Lagana

Construction Services.

25.    Lagana Plumbing & Heating, Inc. and Lagana Construction Services

are collectively referred to herein as "Lagana" or "Defendants."

## FACTUAL ALLEGATIONS

**A.    Lagana's General Business Operations**

26.    Lagana is a construction company that, during the relevant time

period, acted as a contractor on road and highway construction projects throughout

the Commonwealth of Pennsylvania.

27.    During all relevant times, Lagana worked pursuant to contracts with

the federal government or on construction jobs that are federally funded.  As such,

during the relevant time period, Lagana engaged in interstate commerce.

**B.  Lagana's Common Business Practices**

28.    Over the past three years, Lagana has directly employed well over 100

construction workers, who perform manual labor on Lagana's behalf at

construction job sites throughout the Commonwealth.  These employees are referred to herein as "the Workers."

29.     Pursuant to Lagana's common business policies and practices, the Workers' job duties were limited to the types of manual labor and repetitive physical tasks generally associated with the construction industry.  The Workers did not perform professional, managerial, or administrative duties and were not exempt from the wage and hour requirements set forth in the FLSA, the PMWA, or the PWPCL.

30.     Pursuant to Lagan's common business policies and practices, the Workers regularly and consistently worked over 40 hours per workweek and were not paid any wages for many of these work hours.

31.     Moreover, even when Lagana did compensate the Workers for hours worked over 40 in a workweek, Lagana, pursuant to its common business policies and practices, never paid the Workers the legally mandated overtime compensation premium calculated at 150% of their regular rate of pay.  *See* 29 U.S.C. § 207(a)(1); 43 P.S. § 333.104(c).

32.     Upon information and belief, Lagana, pursuant to its common business policies and practices, failed to maintain and preserve accurate records containing, *inter alia*, each Workers' regular hourly rate of pay for each workweek,

the hours worked each workday and workweek, or the total premium pay for overtime hours worked in particular workweeks.

## C. Facts Pertaining to the Individual Plaintiffs

33.  Within the past three years, the Plaintiffs referenced in paragraphs 3-20 *supra* were employed by Lagana as construction workers and performed work at Lagana's various job sites throughout Pennsylvania.

34.  Pursuant to Lagana's common business policies and practices, the Workers' job duties were limited to the types of manual labor and repetitive physical tasks generally associated with the construction industry.  The Workers did not perform professional, managerial, or administrative duties and were not exempt from the wage and hour requirements set forth in the FLSA, the PMWA, or the PWPCL.

35.  Each Plaintiff regularly and consistently worked over 40 hours per workweek, and Lagana, pursuant to its common business policies and practices, regularly failed to compensate each Plaintiff for many of their working hours.

36.  Moreover, Lagana, pursuant to its common business policies and practices, never paid any Plaintiff the required overtime premium of 150% of the Plaintiff's regular rate of pay for hours worked over 40 in a workweek.

37.    In failing to compensate Plaintiffs for all hours worked and failing to pay Plaintiffs the legally mandated overtime premium, Lagana acted willfully and with reckless disregard of clearly applicable PMWA provisions.

## COLLECTIVE ACTION ALLEGATIONS

38.    Plaintiffs assert their FLSA claim pursuant to 29 U.S.C. § 216(b) as a collective action on behalf of the following class of potential opt-in litigants:

> All individuals who performed construction work on behalf of Lagana or any of their business affiliates since May 2, 2003.

39.    Plaintiffs and the above class members are "similarly situated," as that term is defined in 29 U.S.C. § 216(b), because, *inter alia*, all class members worked pursuant to Lagana's common business practices and, as a result of such practices, were not compensated for all work performed during the workweek and, with respect to such work, were not paid the legally mandated overtime premium.

## CLASS ACTION ALLEGATIONS

40.    Plaintiffs assert their PMWA and PWPCL claims pursuant to Federal Rule of Civil Procedure 23 as a class action on behalf of the following individuals:

> All individuals who performed construction work on behalf of Lagana or any of their business affiliates since May 2, 2003.

41.     The above-described class includes over one hundred persons, all of whom are readily ascertainable based on Lagana's standard business records and are so numerous that joinder of all class members is impracticable.

42.     Plaintiffs are class members, and their claims are typical of the claims of other class members.  Plaintiffs have no interests that are antagonistic to or in conflict with the interests they have undertaken to represent on behalf of the class as class representatives.

43.     Plaintiffs will fairly and adequately represent the class and their interests, and they have retained competent and experienced counsel who will effectively represent the interests of the entire class.

44.     Questions of law and fact are common to the class and include whether, based on Lagana's common business practices, Lagana, *inter alia*, fail to compensate class members for all work performed during the workday and, with respect to such work, fail to pay class members the legally mandated overtime premium.

45.     Class certification is appropriate under Federal Rule of Civil Procedure 23(b)(1) because the prosecution of separate actions by individual class members would create a risk of inconsistent or varying adjudications which would establish incompatible standards of conduct for Lagana and/or because

adjudications with respect to individual class members would as a practical matter be dispositive of the interests of other class members.

46.   Class certification is appropriate under Federal Rule of Civil Procedure 23(b)(2) because Lagana acted or refused to act on grounds generally applicable to the class, making appropriate declaratory and injunctive relief with respect to Plaintiffs and the class as a whole.  Class members are entitled to injunctive relief to end Lagana's common business practices of, *inter alia*, failing to compensate class members for all hours worked and, with respect to such hours, failing to pay class members the legally mandated overtime premium.

47.   Class certification is appropriate under Federal Rule of Civil Procedure 23(b)(3) because common questions of law and fact predominate over any questions affecting only individual class members, and because a class action is superior to other available methods for the fair and efficient adjudication of this litigation.  The damages suffered by individual class members are small compared to the expense and burden of individual prosecution of this litigation.  In addition, class certification is superior because, *inter alia*, it will obviate the need for unduly duplicative litigation, which might result in inconsistent judgments about Lagana's business practices.

48.   Plaintiffs know of no difficulty that will be encountered in the management of this litigation and preclude its maintenance as a class action.

## COUNT I

### (Alleging Violations of the FLSA)

49.    All previous paragraphs are incorporated as though fully set forth herein.

50.    The FLSA requires that covered employees be compensated for every hour worked in a workweek. *See* 29 U.S.C. § 206(b).

51.    The FLSA requires that covered employees receive overtime compensation "not less than one and one-half times" the employee's regular rate of pay for all hours worked over 40 in a workweek. *See* 29 U.S.C. § 207(a)(1).

52.    Plaintiffs and the class are covered employees entitled to the FLSA's protections.

53.    Plaintiffs and the class are not exempt from receiving FLSA overtime benefits because, *inter alia*, they are not "executive," "administrative," or "professional" employees, as those terms are defined under the FLSA. *See* 29 C.F.R. §§ 541.0, *et seq.*

54.    Defendants are covered employers required to comply with the FLSA's mandates.

55.    Defendants have violated the FLSA with respect to Plaintiffs and the class by, *inter alia*, failing to compensate Plaintiffs and the class for all hours

worked and, with respect to such hours, failing to pay Plaintiffs and the class the legally mandated overtime premium for such work.

56.    The FLSA requires employers to maintain detailed payroll data concerning all covered employees.  *See* 29 U.S.C. § 211(c); 29 C.F.R. § 516.2.

57.    In violating the FLSA, Defendants acted willfully and with reckless disregard of clearly applicable FLSA provisions.

## COUNT II

### (Alleging Violations of the PMWA)

58.    All previous paragraphs are incorporated as though fully set forth herein.

59.    The PMWA requires that covered employees be compensated for every hour worked in a workweek.  *See* 43 P.S. § 333.104(a).

60.    The PMWA requires that employees receive overtime compensation "not less than one and one-half times" the employee's regular rate of pay for all hours worked over 40 in a workweek.  *See* 43 P.S. § 333.104(c).

61.    Plaintiffs and the class are covered employees entitled to the PMWA's protections.

62.    Plaintiffs and the class are not exempt from receiving PMWA overtime benefits because they are not exempt "executive," "administrative," or

"professional" employees, as those terms are defined under the PMWA. *See* 43
P.S. § 333.105(5); 34 Pa. Code §§ 231.82-231.84.

63.    Defendants are covered employers required to comply with the
PMWA's mandates.

64.    Defendants have violated the PMWA with respect to Plaintiffs and the
class by, *inter alia*, failing to compensate Plaintiffs and the class for all hours
worked and, with respect to such hours, failing to pay Plaintiffs and the class the
legally mandated overtime premium for such work.

65.    In violating the PMWA, Defendants acted willfully and with reckless
disregard of clearly applicable PMWA provisions.

## COUNT III

### (Alleging Violations of the PWPCL)

66.    All previous paragraphs are incorporated as though fully set forth
herein.

67.    The PWPCL requires that covered employees be compensated for
every hour worked in a workweek. *See* 43 P.S. § 260.3.

68.    Plaintiffs and the class are covered employees entitled to the
PWPCL's protections.

69.    Defendants are covered employers required to comply with the
PWPCL's mandates.

70.    Defendants have violated the PWPCL with respect to Plaintiffs and the class by, *inter alia*, failing to compensate Plaintiffs and class members for all hours worked.

71.    In violating the PWPCL, Defendants acted willfully and with reckless disregard of clearly applicable PWPCL provisions.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs seek the following relief on behalf of themselves and all others similarly situated:

A.    An order permitting this litigation to proceed as a collective action pursuant to 29 U.S.C. § 216(b) and as a class action pursuant Federal Rule of Civil Procedure 23;

B.    Prompt notice, pursuant to 29 U.S.C. § 216(b), of this litigation to all potential class members;

C.    An injunction prohibiting Defendants from engaging in future violations of the FLSA, PMWA, or PWPCL;

D.    Compensatory and back pay damages to the fullest extent permitted under federal and state law;

E.    Liquidated damages to the fullest extent permitted under federal and state law;

F.     Litigation costs, expenses, and attorneys' fees to the fullest extent

permitted under federal and state law; and

G.     Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury as to all claims so triable.

Date: May 2, 2006

Michael J. O'Connor
Colleen Fowler
MICHAEL J. O'CONNOR &
ASSOCIATES
608 West Oak Street
P.O. Box 201
Frackville, PA  17931
Phone: (570) 874-3300
Fax:  (570) 874-4822

Ira N. Richards
Peter Winebrake
R. Andrew Santillo
TRUJILLO RODRIGUEZ &
RICHARDS, LLC
226 W. Rittenhouse Square
32nd Floor
Philadelphia, PA  19103
Phone:  (215) 731-9004
Fax:  (215) 731-9044

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,                          :
                                                   :    CIVIL ACTION
on behalf of themselves and similarly situated     :
employees,                                         :    NO. _____
                          Plaintiffs,              :
                                                   :
            v.                                     :    JURY TRIAL DEMANDED
                                                   :
LAGANA PLUMBING AND HEATING, INC. and              :
LAGANA CONSTRUCTION SERVICES,                      :
                          Defendants.              :

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

*April 27. 2006*
Date

_Kathleen S Barletta_
Signature

_Kathleen S. Barletta_
Name (Please Print Clearly)

_15 S. Kennedy Drive_
Street Address

_McAdoo Pa. 18237_
City, State, Zip Code

_570 - 929 - 3618_
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARLETTA, *et al.*, | : |
| | : CIVIL ACTION |
| on behalf of themselves and similarly situated | : |
| employees, | : NO. _____ |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| LAGANA PLUMBING AND HEATING, INC. and | : |
| LAGANA CONSTRUCTION SERVICES, | : |
| Defendants. | : |

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

4/28/06
Date

_Julin Bodman_
Signature

_JaCKIE BodNak_
Name (Please Print Clearly)

_103 NoRtH PINe TreeRD_
Street Address

_HazLeton PA 18201_
City, State, Zip Code

_455-0235_
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,                    :

on behalf of themselves and similarly situated    :    CIVIL ACTION
employees,                                   :
                        Plaintiffs,          :    NO. _____
            v.                               :
                                             :    JURY TRIAL DEMANDED
LAGANA PLUMBING AND HEATING, INC. and        :
LAGANA CONSTRUCTION SERVICES,                :
                        Defendants.          :

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

4-28-06
Date

James E Bodnar SR
Signature

JAMES E BODNAR SR
Name (Please Print Clearly)

103 N Pine tree Road
Street Address

HAZLETON PA 18201
City, State, Zip Code

570-455-0235
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARLETTA, *et al.*, | : CIVIL ACTION |
| on behalf of themselves and similarly situated employees, | : NO. _____ |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| LAGANA PLUMBING AND HEATING, INC. and LAGANA CONSTRUCTION SERVICES, | : |
| Defendants. | : |

## NOTICE OF INTENT TO PARTICIPATE AS PARTY TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other law firm approved by the Court to represent the interests of myself and other workers. I understand that, by filing this form, I will be bound by the judgment of the Court on all issues in this case.

4/28/06
Date

_James Bodnarjc_
Signature

James Bodnar Jr
Name (Please Print Clearly)

38 West maine St
Street Address

Beaver Brook PA 18201
City, State, Zip Code

(570) 929-2310
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,

on behalf of themselves and similarly situated
employees,
       Plaintiffs,

    v.

LAGANA PLUMBING AND HEATING, INC. and
LAGANA CONSTRUCTION SERVICES,
       Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. _____

JURY TRIAL DEMANDED

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

    I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

04-28-06
Date

_Gene Boyle_
Signature

_Gene Boyle_
Name (Please Print Clearly)

154 Orwigsburg St
Street Address

Tamaqua PA 18252
City, State, Zip Code

570-668-5633
Phone

05/02/2006 TUE 14:28 FAX &#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;&#8200;@007/021

Case 3:06-cv-00916-TIV   Document 1   Filed 05/02/06   Page 21 of 31

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARLETTA, *et al.*, | CIVIL ACTION |
| on behalf of themselves and similarly situated employees, | NO. _____ |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| LAGANA PLUMBING AND HEATING, INC. and LAGANA CONSTRUCTION SERVICES, | |
| Defendants. | |

## NOTICE OF INTENT TO PARTICIPATE AS PARTY TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

  I hereby consent to become a party plaintiff in the above-captioned action and express my desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other law firm approved by the Court to represent the interests of myself and other workers. I understand that, by filing this form, I will be bound by the judgment of the Court on all issues in this case.

4-28-06
Date

Brian A Corch
Signature

BRIAN A CORCH
Name (Please Print Clearly)

71 Spring St
Street Address

McAdoo PA 18237
City, State, Zip Code

570 929-2510
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,                    :       CIVIL ACTION

on behalf of themselves and similarly situated :
employees,                                    :       NO. _____
                              Plaintiffs,     :
                                              :
           v.                                 :       JURY TRIAL DEMANDED
                                              :
LAGANA PLUMBING AND HEATING, INC. and         :
LAGANA CONSTRUCTION SERVICES,                 :
                              Defendants.     :

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

4-28-06
Date

Michael A. Craig
Signature

MiCHAEL A. CRAIG
Name (Please Print Clearly)

706 E. DiAMONA AVE.
Street Address

HAZLETON PA. 18201
City, State, Zip Code

(570) - 455-8032
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,                          :
                                                   :    CIVIL ACTION
on behalf of themselves and similarly situated     :
employees,                                         :    NO. _____
                        Plaintiffs,                :
                                                   :
            v.                                     :
                                                   :    JURY TRIAL DEMANDED
LAGANA PLUMBING AND HEATING, INC. and              :
LAGANA CONSTRUCTION SERVICES,                      :
                        Defendants.                :
                                                   :

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

4-28-06
Date

*Lester Dietrich*
Signature

LesteR DietricH
Name (Please Print Clearly)

429 RollingMill Ave
Street Address

TAMAQUA, PA. 18252
City, State, Zip Code

668-0667
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARLETTA, *et al.*, | : |
| | : CIVIL ACTION |
| on behalf of themselves and similarly situated | : |
| employees, | : NO. _____ |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| LAGANA PLUMBING AND HEATING, INC. and | : |
| LAGANA CONSTRUCTION SERVICES, | : |
| Defendants. | : |

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other law firm approved by the Court to represent the interests of myself and other workers. I understand that, by filing this form, I will be bound by the judgment of the Court on all issues in this case.

4-28-06
Date

Signature

VicTor J. LEONZI
Name (Please Print Clearly)

314 MaRKeT ST.
Street Address

TamAQua PA. 18252
City, State, Zip Code

570-668-1181
Phone

CELL - 527-0334

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,                    :
                                             :   CIVIL ACTION
on behalf of themselves and similarly situated :
employees,                                   :   NO. _____
                          Plaintiffs,        :
              v.                             :
                                             :   JURY TRIAL DEMANDED
LAGANA PLUMBING AND HEATING, INC. and        :
LAGANA CONSTRUCTION SERVICES,                :
                          Defendants.        :

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

_4 - 28 - 06_
Date

_Dennis M Miller_
Signature

_Dennis M Miller_
Name (Please Print Clearly)

_161 Owl Creek RD_
Street Address

_Tamaqua PA 18252_
City, State, Zip Code

_570 - 668 - 5004_
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY BARLETTA, *et al.*, | : | |
| | : | CIVIL ACTION |
| on behalf of themselves and similarly situated | : | |
| employees, | : | NO. _____ |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| LAGANA PLUMBING AND HEATING, INC. and | : | |
| LAGANA CONSTRUCTION SERVICES, | : | |
| Defendants. | : | |

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

4/28/06
Date

*(signature)*
Signature

DON NELSON MILLER
Name (Please Print Clearly)

111 - 2ND STREET
Street Address

COALDALE PA. 18218
City, State, Zip Code

570 645-8477
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,                          :
                                                   :   CIVIL ACTION
on behalf of themselves and similarly situated     :
employees,                                         :   NO. _____
                          Plaintiffs,              :
              v.                                   :
                                                   :   JURY TRIAL DEMANDED
LAGANA PLUMBING AND HEATING, INC. and              :
LAGANA CONSTRUCTION SERVICES,                      :
                          Defendants.              :
                                                   :

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

4-28-06
Date

_Signature_

JOHN J. MOTTO
Name (Please Print Clearly)

863 PEACE ST.
Street Address

HAZLETON, PA 18201
City, State, Zip Code

570-401-2634
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARLETTA, *et al.*, | CIVIL ACTION |
| on behalf of themselves and similarly situated employees, | NO. _____ |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| LAGANA PLUMBING AND HEATING, INC. and LAGANA CONSTRUCTION SERVICES, Defendants. | |

## NOTICE OF INTENT TO PARTICIPATE AS PARTY TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

_____
Date  1/28/06

_____
Signature

_____
Name (Please Print Clearly)  Francis T Purcell Jr

_____
Street Address  431 Pleasant St

_____
City, State, Zip Code  Minersville Pa

_____
Phone  1570 544 5408

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,                          :
                                                   :    CIVIL ACTION
on behalf of themselves and similarly situated     :
employees,                                         :    NO. _____
                            Plaintiffs,            :
                                                   :
            v.                                     :
                                                   :    JURY TRIAL DEMANDED
LAGANA PLUMBING AND HEATING, INC. and              :
LAGANA CONSTRUCTION SERVICES,                      :
                            Defendants.            :
                                                   :

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

4/28/06
_____
Date

_____
Signature

_Richard Stevensky_
Name (Please Print Clearly)

_126 Lower Beechwood Ave_
Street Address

_Pottsville PA 17901_
City, State, Zip Code

_570 544 6168_
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, *et al.*,                          :

on behalf of themselves and similarly situated   :   CIVIL ACTION
employees,                                         :
                        Plaintiffs,                :   NO. _____
          v.                                       :
                                                   :   JURY TRIAL DEMANDED
LAGANA PLUMBING AND HEATING, INC. and   :
LAGANA CONSTRUCTION SERVICES,            :
                        Defendants.               :

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

4/27/06
_____
Date

Robert M. Tirpak
_____
Signature

Robert M. Tirpak
_____
Name (Please Print Clearly)

60 Ye old Hauto Rd.
_____
Street Address

Tamaqua, Pa. 18252
_____
City, State, Zip Code

570 668-2608
_____
Phone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARLETTA, *et al*, | : |
| | :    CIVIL ACTION |
| on behalf of themselves and similarly situated | : |
| employees, | :    NO. _____ |
|             Plaintiffs, | : |
|    v. | : |
| | :    JURY TRIAL DEMANDED |
| LAGANA PLUMBING AND HEATING, INC. and | : |
| LAGANA CONSTRUCTION SERVICES, | : |
|            Defendants. | : |

## NOTICE OF INTENT TO PARTICIPATE AS PARTY
## TO FLSA LAWSUIT PURSUANT TO 29 U.S.C. §216(b)

**TO THE CLERK OF COURT:**

     I hereby consent to become a party plaintiff in the above-captioned action and express my

desire to participate in this action as a party plaintiff. I agree to be jointly represented by the law

firms of Michael J. O'Connor & Associates, Trujillo Rodriguez & Richards, LLC, and any other

law firm approved by the Court to represent the interests of myself and other workers. I

understand that, by filing this form, I will be bound by the judgment of the Court on all issues in

this case.

                                    _Joseph Viechec_
                                    Signature

_4-28-06_
Date

                                    _Joseph Viechec_
                                    Name (Please Print Clearly)

                                    _686 Grant St_
                                    Street Address

                                    _Hazleton, PA 18201_
                                    City, State, Zip Code

                                    _(570) 436-3736_
                                    Phone