IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY BARLETTA, et al., :<br>:<br>Plaintiffs, :<br>v. :<br>:<br>LAGANA PLUMBING AND HEATING, :<br>INC. and LAGANA CONSTRUCTION :<br>SERVICES, :<br>:<br>Defendants. : | 3:06-cv-0916-TIV |

## STIPULATION AND ORDER

NOW, this 1st day of October, 2008, it is hereby **STIPULATED** and **AGREED**, by and between the undersigned, that

(1)   Plaintiffs' "Motion to Enforce Their Settlement Agreement With Defendants" ("Motion") (Doc. 63) is **DISMISSED AS MOOT**;

(2)   Within five (5) business days of the Court's entry of this Stipulation and Order, Defendants shall execute and return to Plaintiffs' undersigned counsel the "Settlement Agreement and Release of Claims" agreed upon between counsel on the afternoon of September 24, 2008; and

(3)   The Court shall retain jurisdiction over this matter, and, on October 17, 2008, the parties counsel shall send the Court a letter reporting on the status of the settlement.

FOR DEFENDANTS:

/s/ Walter Grabowski
Walter Grabowski, Esq.

FOR PLAINTIFFS:

/s/ Peter Winebrake
Peter Winebrake, Esq.

**SO ORDERED:**

10/6/08
Date

Hon. Thomas I. Vanaskie