IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHY BARLETTA, et al.          :
                                :
           v.                   :     3:06-cv-0916-TIV
                                :
LAGANA PLUMBING AND HEATING,    :
INC. et al.                     :
                                :

## ORDER

**NOW**, this 16th day of December, 2009, upon consideration of the Plaintiffs' Motion for Civil Contempt and Sanctions ("Motion"), all accompanying and responsive papers, the representations of counsel in open court during the December 16, 2009 hearing, and all other papers and proceedings herein, **IT IS HEREBY ORDERED** that the Motion is **GRANTED AS UNOPPOSED** and **JUDGMENT IS ENTERED** in favor of Plaintiffs Kathy Barletta, Roy Barnes, Jackie Bodnar, James Bodnar, Jr., James Bodnar, Sr., Gene Boyle, Brian Corch, Michael Craig, Lester Dietrich, John Lawson, Victor Leonzi, Dennis Miller, Don Miller, John Motto, Mark R. Ohl, Robert Tirpak, and Joseph Viechec ("Plaintiffs") and against Defendants Lagana Plumbing and Heating, Inc. and Lagana Construction Services ("Defendants") in the amount of **$115,552.12**. The $115,552.12 judgment shall be distributed as follows:

    Kathy Barletta:    $3,338.36;

    Roy Barnes       $3,338.36;

| | |
|---|---|
| Jackie Bodnar | $3,338.36; |
| James Bodnar, Jr. | $3,338.36; |
| James Bodnar, Sr. | $3,338.36; |
| Gene Boyle | $3,338.36; |
| Brian Corch | $3,338.36; |
| Michael Craig | $3,338.36; |
| Lester Dietrich | $3,338.36; |
| John Lawson | $3,338.36; |
| Victor Leonzi | $3,338.36; |
| Dennis Miller | $3,338.36; |
| Don Miller | $3,338.36; |
| John Motto | $3,338.36; |
| Mark R. Ohl | $3,338.36; |
| Robert Tirpak | $3,338.36; |
| Joseph Viechec | $3,338.36; |
| Winebrake Law Firm, LLC | $58,800.00. |

_____
Hon. Thomas I. Vanaskie